**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6581**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

CARLOS ORTIZ,

                                        Defendant - Appellant.

---

**No. 97-6661**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

ADRIAN SCOTT,

                                        Defendant - Appellant.

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

HENRY JONES,

                                    Defendant - Appellant.

Appeals from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, District Judge.
(CR-92-301-S, CA-97-1065-S, CA-97-1182-S, CA-97-1103-S)

Submitted:  August 28, 1997        Decided:  September 17, 1997

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Carlos Ortiz, Adrian Scott, Henry Jones, Appellants Pro Se.  Brent
Jefferson Gurney, Assistant United States Attorney, Greenbelt,
Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants seek to appeal the district court's orders denying their motions filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny certificates of appealability and dismiss the appeals on the reasoning of the district court. United States v. Ortiz, Nos. CR-92-301-S; CA-97-1065-S (D. Md. Apr. 17, 1997); United States v. Scott, Nos. CR-92-301-S; CA-97-1182-S (D. Md. Apr. 24, 1997); United States v. Jones, Nos. CR-92-301-S; CA-97-1103-S (D. Md. Apr. 18, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED